WILLIAM HARRISON *et al.*, executors, plaintiffs in error, *vs.* SOLOMON D. BELTON, next friend, *et al.*, defendants in error.

This being a case arising out of the same judgment of the circuit court—which was excepted to and reversed in *Tennille vs. Phelps et al.*, 49 *Georgia Reports*, 532—the judgment of reversal then pronounced necessarily operates as a reversal as to the parties to this bill of exceptions.

Equity. Before Judge KIDDOO. Quitman Superior Court. May Term, 1873.

The judgment sought to be set aside by the writ of error in this case, was reversed at the last term of this court in the case of *William M. Tennille vs. Lucy Phelps et al.* Any further report is therefore unnecessary.

B. S. WORRILL, for plaintiffs in error.

JOHN T. CLARKE, for defendants.

Brieswick *et al. vs.* The Mayor, etc., of Brunswick.

TRIPPE, Judge.

When this case was called, counsel for plaintiff in error stated and admitted that the judgment in the case of *Tennille vs. Phelps et al.*, rendered at the last term of this court: 49 *Georgia*, 532, necessarily called for a reversal of the judgment in this case, and it is so ordered.

Judgment reversed.